**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| THE PONCA TRIBE OF INDIANS OF OKLAHOMA, IN ITS GOVERNMENTAL CAPACITY; et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-05-445-C |
| CONTINENTAL CARBON COMPANY; CHINA SYNTHETIC RUBBER CORP.; CHINA SYNTHETIC RUBBER CORP. USA; and the TAIWAN CEMENT CORP., | ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO DISMISS OF DEFENDANT TAIWAN CEMENT CORPORATION**

Defendant, Taiwan Cement Corporation ("Taiwan Cement"), moves to dismiss Plaintiffs' Complaint pursuant to FED. R. CIV. P. 12(b)(2), (5) and (6), because this Court lacks personal jurisdiction over Taiwan Cement, the attempted service of process on Taiwan Cement is insufficient and the Complaint fails to state a claim for which relief can be granted for medical monitoring as a matter of law. Taiwan Cement expressly incorporates Defendant Continental Carbon Company's brief regarding its motion to dismiss Plaintiffs' medical monitoring claim in the Complaint. Taiwan Cement is submitting a Brief in support of its Motion to Dismiss concurrently herewith.

Respectfully submitted,


s/Kurt M. Rupert

Charles E. Geister III, OBA No. 3311
Kurt M. Rupert, OBA No. 11982
Rob Duran, No. 24032025TX
HARTZOG CONGER CASON & NEVILLE
201 Robert S. Kerr, Suite 1600
Oklahoma City, Oklahoma  73102
Telephone:     (405) 235-7000
Facsimile:      (405) 996-3403
krupert@hartzoglaw.com
cgeister@hartzoglaw.com

**ATTORNEYS FOR DEFENDANTS,
CHINA SYNTHETIC RUBBER
CORPORATION AND TAIWAN
CEMENT CORPORATION**

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2005, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:


Jason B. Aamodt
Kalyn Free
Aamodt & Tobey, PC, Inc.
406 South Boulder, Suite 101
Tulsa, Oklahoma 74103

Phillip G. Whaley
Joe M. Hampton
Mark D. Coldiron
Patrick R. Pearce
Ryan, Whaley & Coldiron
900 Robinson Renaissance
119 North Robinson
Oklahoma City, Oklahoma 73102


R. Casey Cooper
Christopher K. Woosley
Cooper, McKinney & Woosley, PLLP
401 South Boston, Suite 3300
Tulsa, Oklahoma 74103-4070

John K. Sherk III
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, Missouri 64108



s/Kurt M. Rupert
Kurt M. Rupert



C:\Documents and Settings\Nancy.HCCN50\Local Settings\Temp\Motion to Dismiss of Taiwan Cement (146117).WPD